## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Edward Thomas Kennedy,　)
800 Court St., Apt. 223　)
Reading, PA 19601　)
　　Plaintiff,　)
　)　Case: 1:19-cv-01761  JURY DEMAND
　)　Assigned To : Unassigned
vs.　)　Assign. Date : 6/10/2019
　)　Description: Pro Se Gen. Civ. (F-DECK)
THE UNITED STATES,　)
c/o Jessie K. Liu, U.S. Attorney　)
United States Attorneys　)
Office District of Columbia　)
555 4th Street, NW　)
Washington, DC 20530　)
　)
　)
　　Defendant.　)
　)
_____　)

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

### (28 U.S. Code § 1332. Diversity of citizenship; amount in controversy; costs)

#### Introduction

Dark to light. Plaintiff's cases in the United States Court of Federal Claims suffered from an extraordinary legal defect: Judges deliberately failed to comply with the requirements of the governing law of the case.

The Obama administration turned a super-surveillance system against the American people, including FISA Court Judges, U.S. Supreme Court Justices, U.S. Judges, Donald J. Trump, the Plaintiff, and 300 million plus other Americans. The Obama administration used data harvested by the illegal super-surveillance system for "leverage" and "blackmail," according to Dennis Montgomery.[1] (Published May 29, 2019)

NOTICE

1. 28 U.S. Code § 453
2. 12 U.S. Code § 411

---

[1]　Link here:
https://theamericanreport.org/2019/05/29/hammertime-baker-buried-whistleblower-montgomerys-trump-surveillance-evidence-then-suddenly-remembered-fbi-had-it/

1



3. "We the people are the rightful masters of both Congress and the courts, not to overthrow the Constitution but to overthrow the men who pervert the Constitution." U.S. President Lincoln

4. The Plaintiff ("Plaintiff" and/or "Kennedy") is one of the people of Pennsylvania in this court of record with all the qualities and incidents of a court of record at common law, complains against the defendant United States ("Defendant" and/or "U.S.") for Negligence. Kennedy is domiciled at 800 Court St., Apt. 223, Reading, PA 19601.

5. The Defendant United States has its principal place of business and headquarters in this Judicial District at 1600 Pennsylvania Ave., Washington, DC 20500. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

6. Barack Hussein Obama ("BHO") is an individual with an address at 2446 Belmont Road, NW, Washington DC 20008.[2]

7. Pursuant to 28 U.S. Code § 453, Plaintiff accepts the oath of office of the U.S. Judge assigned to this case, and Plaintiff binds him to it.

8. Pursuant to FRE 902 Plaintiff notices this court of record that BHO is a relevant party to this case for we the people now know BHO illegally used The Hammer technology to spy on the Plaintiff, President Donald J. Trump, and all 300 million plus Americans including all U.S. Judges. BHO and his appointees spied on all Americans for potential coercion, blackmail or other nefarious purposes.

9. Evidence indicates the exploitation of the National Security Agency database, for weaponized intelligence surveillance of all Americans, by BHO and his appointees began mid-2012 and Obama spied on all Americans.

10. Plaintiff states BHO, and his appointees, knowingly and intentionally perverted the Constitution and influenced, coerced or blackmailed U.S. Judges in Plaintiff's cases which prevented the Plaintiff from obtaining justice in his claims in the United States Court of Federal Claims.

11. Plaintiff says we the people now know that BHO spied on all Americans and all U.S. Judges including Chief Justice Roberts and the Judges assigned to administrate all of Plaintiff's cases.[3]

---

[2] Barack Hussein Obama, officially and as an individual, perverted the Constitution and participated in a failed coup to overthrow a duly elected President of the United States. Sources: Tom Fenton, President of Judicial Watch, Inc., Washington DC, documents Obama knew everything as early as 2012, source here: Tom Fitton: Deep State was 'Making Things Up' to Involve Themselves in Trump's Election Campaign, link here: https://www.youtube.com/watch?v=Bmlqulaxu6g and Kevin Shipp – Blackmail Spying by Obama and Clinton, link here: https://www.youtube.com/watch?v=otNwXoxAqxc, and it is alleged Obama blackmailed U.S. Courts Chief Justice John Roberts, at The Movement Challenged Their Forced Narrative, Now Patriots Unleash Their Weapon, link here: https://www.youtube.com/watch?v=IwEIIrHovyc.

[3] Montgomery, 'THE HAMMER' SURVEILLANCE SYSTEM WHISTLEBLOWER, BECAME THE DEEP STATE'S ENEMY NUMBER ONE AFTER EXPOSING THE TRUTH (May 22, 2019) "Montgomery claims that Brennan and Clapper used the super-surveillance system

12. The United States Court of Federal Claims ("USCFC") has its principal place of business in this Judicial District at 717 Madison Pl NW, Washington, DC 20439. The United States Court of Federal Claims is a court of record with national jurisdiction. There are no statutes of limitation in a court of record. A Judge has no digression in a court of record.

13. As a result of the Negligence by the Defendant and its employees, the Plaintiff was injured by the Defendant and it's employees as U.S. Judges and their CLerks who exceeded their jurisdiction, injured the Plaintiff in loss of rights and denied his claims against the United States for lawful money in Plaintiff's multiple cases valued in aggregate before interest at ten million dollars ($9,000,000.00) according to the case dockets versus the United States in the USCFC where assigned Judges perverted the Constitution and Trespassed on the Case(s) as follows:

a. Case Number 1:18-cv-00826-VJW, ECF Document 5.
b. Case Number 1:18-cv-00830-VJW, ECF Document 7.
c. Case Number 1:18-cv-00841-MMS, ECF Document 7.
d. Case Number 1:18-cv-00942-EGB, ECF Document 6.
e. Case Number 1:18-cv-001006-EGB, ECF Document 6.
f. Case Number 1:18-cv-001027-RHH, ECF Document 7.
g. Case Number 1:18-cv-001028-CFL, ECF Document 7.
h. Case Number 1:18-cv-001029-MMS, ECF Document 6
i. Case Number 1:18-cv-001030-RHH, Combined with 18-cv-001027 (w/o permission).

14. Kennedy also filed four Judicial Misconduct complaints (Judicial Conduct or Disability) with the USCFC complaints as follows: CL-18-90165, CL-18-90166, CL-18-9067, CL-18-90168. U.S. employee Thomas C. Wheeler perverted the Constitution, and was ethics and truth-challenged, perhaps also surveilled and/or blackmailed by BHO. Pursuant to FRE 902, violated his Oath of Office fours times on September 20, 2018, in his signed Orders, presented herein as evidence of the perversion of the Constitution by USCFC Judges in Plaintiff's cases listed herein.

15. Exhibit "1" is incorporated by reference as though fully stated herein, and the Federal Rules of Civil Procedure are the rules of the above-entitled court. The rules shall be construed and administered to secure the just, speedy, and inexpensive determination of this action.

16. I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge. This

---

Montgomery designed to spy on Article III federal judges, including the onetime head of the FISA court Judge Reggie Walton, Supreme Court Justice Antonin Scalia, and Chief Justice of U.S. Supreme Court John Roberts."

Link here:
https://theamericanreport.org/2019/05/22/montgomery-the-hammer-surveillance-system-whistleblower-became-the-deep-states-enemy-number-one-after-exposing-the-truth/

complaint complies with Rule 11, and U.S. Court ECF documents are factual evidence as presented and are self-authenticating under FRE 902.

WHEREFORE, Plaintiff requests judgment against the Defendant as follows:

1. For in a sum in excess of the sum of ten million dollars ($10,000,000.00);
2. Interest as allowed by law;
3. Costs of suit;
4. Attorneys fees;
5. For such other and further relief as the court may deem just.

Dated: June 5, 2019.

By: *Edward Thomas Kennedy, Plaintiff*
*All rights reserved under UCC 1-308*

800 Court Street, Apt 223
Reading, PA 19601
415-275-1244
pillar.of.peace.2012@gmail.com

*Self-represented Plaintiff.*

Attachment

Exhibit 1, Law of the Case.