IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Edward Thomas Kennedy,<br>800 Court St., Apt. 223<br>Reading, PA 19601<br>    Plaintiff,<br><br>    vs.<br><br>THE UNITED STATES,<br>c/o Jessie K. Liu, U.S. Attorney<br>United States Attorneys<br>Office District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530<br><br>    Defendant. | Civil Action No. _____<br><br>Verified |

**ORDER**

Plaintiff's request for $10,000,000.00 is:

Granted _____

Not Granted _____

By the Court

_____