# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,         ) | |
| )     | |
| Plaintiff,         ) | |
| )     | |
| v.         ) | Civil Action No.  19-1761 (UNA) |
| )     | |
| THE UNITED STATES,         ) | |
| )     | |
| Defendant.         ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's request to file his application to proceed *in forma pauperis* under seal is DENIED; it is

FURTHER ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the plaintiff's motion to compel service of process [3] is DENIED as moot.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


DATE: June 24, 2019              /s/
                                 JAMES E. BOASBERG
                                 United States District Judge